**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: N.B., A MINOR   :   No. 574 EAL 2019

                                            :

                                            :

PETITION OF: N.B., MOTHER         :   Petition for Allowance of Appeal

                                            :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is

**DENIED**.